383 U.S. 965
 86 S.Ct. 1278
 16 L.Ed.2d 307
 Robert A. MILLER, petitioner,
v.
B. J. RHAY, Superintendent, Washington State Penitentiary.
 No. 406, Misc.
 Supreme Court of the United States
 April 4, 1966
 
 Robert A. Miller, pro se.
 John J. O'Connell, Atty. Gen. of Washington, and Stephen C. Way, Asst. Atty. Gen., for respondent.
 
 
 1
 Motion for leave to proceed in forma pauperis and petition for writ of certiorari to the Supreme Court of Washington granted. Case transferred to the appellate docket and placed on the summary calendar.